IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON BADBERG,

Defendant.

4:21-CR-3013

ORDER

The plaintiff has moved to withdraw the application and writ of continuing garnishment against Lozier Corporation. Filing 91.

IT IS ORDERED:

1.  The plaintiff's Motion to Withdraw Application and Order to Issue Writ of Continuing Garnishment (filing 91) is granted.

2.  The writ of continuing garnishment against Lozier Corporation (filing 88) is released.

3.  The Clerk of the Court is directed to mail a copy of this order to the garnishee: Lozier Corporation; Attn: Garnishment Dept.; 6336 John J. Pershing Dr; Omaha, NE 68110.

Dated this 4th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge